**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01728-CV

**FP ASSET GROUP, LP, Appellant**

**V.**

**PROVIDENCE BANK D/B/A PREMIER BANK TEXAS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13700**

## ORDER

We **GRANT** appellant's September 16, 2013 motion for an extension of time to file a

reply brief. Appellant shall file its reply brief on or before September 23, 2013.

/s/      DAVID LEWIS
JUSTICE